**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMIAN THOMAS WELLESLEY-WINTER,<br>Plaintiff,<br>vs.<br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br>Defendant(s). | Case No.: 3:25-cv-05591-TSH<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 23, 20 _

Thomas S. Hixson
Magistrate Judge